```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814               **OK/HAV**
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    ALFREDO AGUSTIN HUERTA-HERNANDEZ
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-05-371 DFL
                                   )
13               Plaintiff,        )
                                   ) STIPULATION AND ORDER
14       v.                        )
                                   )
15  ALFREDO AGUSTIN HUERTA-        ) Date:  November 17, 2005
    HERNANDEZ,                     ) Time:  10:00 a.m.
16                                 ) Judge: Hon. David F. Levi
                 Defendant.        )
17                                 )
    _____
18
         It is hereby stipulated between the parties, Mike Beckwith,
19
    Assistant United States Attorney, attorney for Plaintiff, and Mary M.
20
    French, attorney for defendant, that the trial confirmation hearing set
21
    for October 20, 2005 and the jury trial set for November 7, 2005 be
22
    vacated and a status conference bet set for Thursday, November 17, 2005
23
    at 10:00 a.m.
24
         This continuance is being requested because defense counsel is
25
    conducting ongoing investigation and research.
26
         It is further stipulated that the period from October 20, 2005
27
    through and including November 17, 2005 should be excluded pursuant to
28
```

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation,

Dated:  October 21, 2005

                                              Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
ALFREDO AGUSTIN HUERTA-HERNANDEZ

Dated: October 21, 2005      MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
    Mike Beckwith
_____
MIKE BECKWITH
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: 10/26/2005

   /s/ David F. Levi
DAVID F. LEVI
United States District Judge

Stip & Order                             2