QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814        **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
ALFREDO AGUSTIN HUERTA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-371 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ALFREDO AGUSTIN HUERTA- ) | Date:  December 1, 2005 |
| HERNANDEZ, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |
| ) | |

It is hereby stipulated between the parties, Mike Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference presently scheduled for November 17, 2005 be vacated and continued for status conference on December 1, 2005 at 10:00 a.m.

A proposed plea agreement has been received by the government and the parties need additional time to calculate Mr. Huerta-Hernandez's criminal history toward resolution of the case.

It is further stipulated that the period from November 17, 2005 through and including December 1, 2005 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated:  November 16, 2005
4                                       Respectfully submitted,
5                                       QUIN DENVIR
                                        Federal Defender
6
                                        /s/ Mary M. French
7                                       _____
                                        MARY M. FRENCH
8                                       Assistant Federal Defender
                                        Attorney for Defendant
9                                       ALFREDO AGUSTIN HUERTA-HERNANDEZ
10
11 Dated: November 16, 2005              MCGREGOR W. SCOTT
                                        United States Attorney
12
13                                      /s/  Mary M. French for
                                             Mike Beckwith
14                                      _____
                                        MIKE BECKWITH
15                                      Assistant U.S. Attorney
                                        per telephonic authorization
16
17                              **ORDER**
18 **IT IS SO ORDERED.**
19 Dated: 11/21/2005
20
21
22                          _____
                            DAVID F. LEVI
23                          United States District Judge
24
25
26
27
28

Stip & Order                          2