```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          OK/HAV

Attorney for Defendant
ALFREDO AGUSTIN HUERTA-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-371 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ALFREDO HUERTA-HERNANDEZ, ) | Date: January 12, 2006 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. David F. Levi |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Mike Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference scheduled for December 13, 2005 be vacated and continued for status conference on January 12, 2006 at 10:00 a.m.

Defense counsel has been awaiting documents from the government in regard to Mr. Huerta-Hernandez's criminal history and has been advised that those documents have just been received. The parties continue working toward resolution of the case.

It is further stipulated that the period from December 13, 2005 through and including January 12, 2006 should be excluded pursuant to

1 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2 | counsel and defense preparation.
3 | Dated:   December 28, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
ALFREDO AGUSTIN HUERTA-HERNANDEZ

Dated: December 28, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Mike Beckwith
_____
MIKE BECKWITH
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: 1/3/2006

_____
DAVID F. LEVI
United States District Judge

Stip & Order                                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                                                    3