DENNIS S. WAKS, Bar #142581
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                     **OK/HAV**

Attorney for Defendant
ALFREDO AGUSTIN HUERTA-HERNANDEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-371 DFL |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| ALFREDO HUERTA-HERNANDEZ, | ) Date:  January 26, 2006 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. David F. Levi |
| | ) |
| _____ | ) |

It is hereby stipulated between the parties, Mike Beckwith,

Assistant United States Attorney, attorney for Plaintiff, and Mary M.

French, attorney for defendant, that the status conference scheduled

for January 12, 2006 be vacated and continued for status conference on

January 26, 2006 at 10:00 a.m.

The parties have continued working toward resolution of this case

and the plea agreement is being revised as well as the Pre-Plea PSR

Report.

It is further stipulated that the period from January 12, 2006

through and including January 26, 2006 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated:  January 11, 2006

3                                          Respectfully submitted,

4                                          DENNIS S. WAKS
                                           Acting Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
7                                          MARY M. FRENCH
                                           Assistant Federal Defender
                                           Attorney for Defendant
8                                          ALFREDO AGUSTIN HUERTA-HERNANDEZ

9

10 Dated:  January 11, 2006               MCGREGOR W. SCOTT
                                           United States Attorney
11
12                                         /s/  Mary M. French for
                                                Mike Beckwith
13                                         _____
14                                         MIKE BECKWITH
                                           Assistant U.S. Attorney
15                                         per telephonic authorization

16                                         **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: 1/11/2006

19

20

21                                         _____
22                                         DAVID F. LEVI
                                           United States District Judge
23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28