DENNIS S. WAKS, Bar #142581
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700               **OK/HAV**

Attorney for Defendant
ALFREDO AGUSTIN HUERTA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-371 DFL |
| Plaintiff, ) ) | STIPULATION AND ORDER |
| v. ) ) | |
| ALFREDO HUERTA-HERNANDEZ, ) ) | Date: February 16, 2006 Time: 10:00 a.m. |
| Defendant. ) ) | Judge: Hon. David F. Levi |
| _____ ) | |

It is hereby stipulated between the parties, Mike Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference scheduled for January 26, 2006 be vacated and continued for status conference on February 16, 2006 at 10:00 a.m.

This continuance is requested because government's counsel will be out of the district and the parties are awaiting a revised presentence report from probation.

It is further stipulated that the period from January 26, 2006 through and including February 16, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated:  January 25, 2006

3                                          Respectfully submitted,

4                                          DENNIS S. WAKS
                                           Acting Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          ALFREDO AGUSTIN HUERTA-HERNANDEZ

9

10 Dated:  January 25, 2006                MCGREGOR W. SCOTT
                                           United States Attorney
11

12                                         /s/  Mary M. French for
                                                Mike Beckwith
13                                         _____
                                           MIKE BECKWITH
14                                         Assistant U.S. Attorney
                                           per telephonic authorization
15

16                                **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: 1/31/2006

19

20
                                           _____
21                                         DAVID F. LEVI
                                           United States District Judge
22

23

24

25

26

27

28

Stip & Order                               2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order                              3